**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Khalil D. Shaheed, Jr. <br>                 <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 19-11425 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                             Respectfully submitted,

                                             **<u>/s/ Rebecca A. Solarz, Esq</u>**
                                             Rebecca A Solarz, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322