# EXHIBIT 2

DION, SOLOMON, & SHAPIRO, LLC

IMPERIAL AGENCY INC
193 W CITY AVE
BALA CYNWYD, PA 19004



KHALIL SHAHEED
5449 IRVING ST
PHILADELPHIA, PA 19139

**Policy Number: 908016573**
Underwritten by:
Progressive Specialty Insurance Co
February 21, 2017
Policy Period: Nov 25, 2016 - May 25, 2017
Page 1 of 3

**1-610-617-8850**
**IMPERIAL AGENCY INC**
Contact your agent for personalized service.

**progressiveagent.com**
**Online Service**
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance Coverage Summary
# This is your Declarations Page

Your coverage began on November 25, 2016 at 12:01 a.m. This policy expires on May 25, 2017 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle, unless the policy contract or endorsements indicate otherwise. The policy contract is form 9611A PA (04/14).

## COLLISION COVERAGE FOR RENTAL VEHICLES

**IF THIS POLICY PROVIDES COLLISION COVERAGE, IT WILL APPLY TO VEHICLES YOU RENT, BUT NOT TO VEHICLES RENTED FOR 6 MONTHS OR MORE.**

## FRAUD NOTICE

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

## Policy changes effective November 25, 2016

| | |
|---|---|
| Changes requested on: | Feb 21, 2017 12:00 a.m. |
| Requested by: | Progressive |
| Premium change: | $0.00 |

## Underwriting Company

Progressive Specialty Insurance Co
P.O. Box 6807
Cleveland, OH 44101
1-800-876-5581

## Drivers and resident relatives

| | Additional information |
|---|---|
| KHALIL SHAHEED | First Named insured |
| NNEKA SHAHEED | |

Form 6489 PA (02/15)


Continued

Policy Number: 908016573
KHALIL SHAHEED
Page 2 of 3

## Outline of coverage

**2012 NISSAN MAXIMA 4 DOOR SEDAN**
VIN: **1N4AA5AP2CC811009**
Garaging ZIP Code: 19139
Primary use of the vehicle: Pleasure

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $484 |
|   Bodily Injury Liability | $50,000 each person/$100,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| First Party Benefits | | | 182 |
|   Medical Expenses | $5,000 each person | | |
| Uninsured Motorist | Rejected | | -- |
| Underinsured Motorist | Rejected | | -- |
| Comprehensive | Actual Cash Value | $1,000 | 319 |
| Collision | Actual Cash Value | $1,000 | 676 |
| Rental Reimbursement | up to $50 each day/maximum 30 days | | 85 |
| Roadside Assistance | | | 5 |
| **Total premium for 2012 NISSAN** | | | **$1,751** |

**2011 TOYOTA COROLLA 4 DOOR SEDAN**
VIN: **2T1BU4EE1BC633737**
Garaging ZIP Code: 19139
Primary use of the vehicle: Commute
Number of years owned/leased when policy started or vehicle added: < 1 year

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $598 |
|   Bodily Injury Liability | $50,000 each person/$100,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| First Party Benefits | | | 224 |
|   Medical Expenses | $5,000 each person | | |
| Uninsured Motorist | Rejected | | -- |
| Underinsured Motorist | Rejected | | -- |
| Comprehensive | Actual Cash Value | $1,000 | 165 |
| Collision | Actual Cash Value | $1,000 | 447 |
| Rental Reimbursement | up to $30 each day/maximum 30 days | | 47 |
| Roadside Assistance | | | 6 |
| **Total premium for 2011 TOYOTA** | | | **$1,487** |
| **Total 6 month policy premium** | | | **$3,238.00** |

## Premium discounts

Policy

| 908016573 | Advance Quote, Home Owner, Multi-Car, Continuous Insurance: Gold, Paperless and Three-Year Safe Driving |
|---|---|

Vehicle

| 2012 NISSAN MAXIMA | Driver and Passenger-side Airbag and Anti-Theft Device |
|---|---|
| 2011 TOYOTA COROLLA | Driver and Passenger-side Airbag and Anti-Theft Device |

Form 6489 PA (02/15)


Continued

Policy Number: 908016573
KHALIL SHAHEED
Page 3 of 3

## Lienholder information

| Vehicle | Lienholder |
|---|---|
| 2011 TOYOTA COROLLA<br>2T1BU4EE1BC633737 | CREDIT ACCEPTANCE<br>SOUTHFIELD, MI 48037 |

## Tort Option

This policy provides limited tort insurance.

## Company officers

*[signature]*

President

*[signature]*

Secretary

Form 6489 PA (02/15)