UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     :        CASE NO.: 19-11425-mdc

KHALLIL D. SHAHEED, JR.                    :
AND KHALLIL D. SHAHEED                     :

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Catrina Bowser has filed a Motion for Relief from Automatic Stay with the Court for allowance to proceed against the Debtor's automobile insurance.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before June 7, 2019 you or your attorney must do all of the following:

   (a) file an answer explaining your position at Bankruptcy Clerk's Office, 900 Market Street, Suite 400, Philadelphia, PA 19107.

   If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the Movant's attorney:

   Matthew Solomon, Esquire
   Dion, Solomon & Shapiro, LLC
   1801 Market Street, Suite 606
   Philadelphia, PA 19103
   215-561-0877
   215-561-3557 (F)

2. If you or your attorney, do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

       3.       A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on June 11, 2019, at 10:30 a.m. in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

       4.       If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       5.       You may contact the Bankruptcy Clerk's office in Philadelphia at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

DATED: May 14, 2019