# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                                Chapter 13

                                                                Bankruptcy No. 19-11425-MDC

KHALIL D SHAHEED, JR.

5809 DELANCEY STREET

PHILADELPHIA, PA 19139

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KHALIL D SHAHEED, JR.

    5809 DELANCEY STREET

    PHILADELPHIA, PA 19139

**Counsel for debtor(s), by electronic notice only.**
    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                      /s/ William C. Miller

Date: 5/21/2019

                                                      _____
                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee