**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : CHAPTER 13 |
| Khallil D. Shaheed, Jr. | : BANKRUPTCY NO.: 19-11425-mdc |
| Khallil D. Shaheed | : |
|   Debtor | : |

**ORDER**

AND NOW, this         day of                                    , 2019, it is hereby ORDERED that Document #26, the Stipulation by and among Matthew L. Solomon, Esquire, counsel for the Movant, CATRINA BOWSER, and Erik B. Jensen, Esquire, counsel for the KHALIL D. SHAHEED, JR., the Debtor in the instant bankruptcy matter, is hereby approved.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge