# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-11425-MDC

KHALIL D SHAHEED, JR.

5809 DELANCEY STREET

PHILADELPHIA, PA 19139

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KHALIL D SHAHEED, JR.

5809 DELANCEY STREET

PHILADELPHIA, PA 19139

Counsel for debtor(s), by electronic notice only.

ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Date: 9/10/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee