IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Khalil D. Shaheed, Jr. | : | |
| | : | No. 19-11425-mdc |
| Debtor | : | |
| | : | |

### CERTIFICATE OF NO OBJECTION

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that neither an objection to the proposed compensation nor an application for administrative expenses has been filed.

    WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application.

/s/ Erik B. Jensen
Erik B. Jensen, Esquire
*Attorney for Debtor*