United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11425-mdc
Khalil D Shaheed, Jr.                                                     Chapter 13
Khalil D Shaheed
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2              User: Randi              Page 1 of 1              Date Rcvd: Oct 23, 2019
                                 Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db              +Khalil D Shaheed,    MAILING ADDRESS,    5809 Delancey Street,    Philadelphia, PA 19143-1207
db              +Khalil D Shaheed, Jr.,    5449 Irving Street,    Philadelphia, PA 19139-4055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
          ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
           aaaronson@dilworthlaw.com,
           mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
          ERIK B. JENSEN    on behalf of Debtor Khalil D Shaheed, Jr. akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          ERIK B. JENSEN    on behalf of Debtor Khalil D Shaheed akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MATTHEW LOUIS SOLOMON    on behalf of Creditor Catrina  Bowser msolomon@dionsolomon.com,
           rvella@dionsolomon.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 9

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | : Chapter 13 |
|  | : |
| Khalil Shaheed, | : Case No. 19-11425 (mdc) |
|  | : |
|  | : |
| Debtor. | : **D.I. 21, 41** |
|  | : |

### ORDER APPROVING STIPULATION

Upon consideration of the Stipulation attached hereto as Exhibit A (the "Stipulation")
resolving the Motion of the Police and Fire Federal Credit Union ("PFFCU"), for Adequate
Protection (the "Motion"), the Court finds that the record supports the approval of the
Stipulation, and accordingly

**IT IS HEREBY ORDERED** that the Stipulation is approved.

BY THE COURT:

October 23, 2019

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

121183021_1

**<u>EXHIBIT A</u>**

121183021_1

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

|                          |   |                          |
|--------------------------|---|--------------------------|
|                          | : | Chapter 13               |
| In re:                   | : |                          |
|                          | : | Case No. 19-11425 (MDC)  |
| Khalil Shaheed,          | : |                          |
|                          | : | **D.I. 21**              |
|                          | : |                          |
|           Debtor.        | : |                          |
|                          | : |                          |

### STIPULATION RESOLVING MOTION OF POLICE AND FIRE FEDERAL CREDIT
### UNION FOR ADEQUATE PROTECTION

WHEREAS, on March 7, 2019 (the "Petition Date"), Khalil Shaheed (the "Debtor") filed

an individual voluntary petition under Chapter 13 of the Bankruptcy Code, 11 U.S.C. § 101 *et*

*seq.* (the "Bankruptcy Code").

WHEREAS, prior to the Petition Date, the Debtor was an owner of a 2014 Nissan

Maxima, VIN# 1N4AA5AP6EC486707 (the "Vehicle"), with respect to which the Debtor is

indebted to PFFCU pursuant to a loan agreement dated October 5, 2017 (the "Loan

Agreement");

WHEREAS, on or about June 11, 2019, PFFCU filed a motion for adequate protection

(the "MAP") as a result of the defaults set forth above;

WHEREAS, to avoid the costs of amending the motion and further litigation, the Parties

have agreed to amicably resolve the MAP on the terms set forth herein.

NOW THEREFORE, each in consideration of the promises of the other and intending to

be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed as follows:

1.      In resolution of the MAP, the Debtor and PFFCU agree that PFFCU shall receive

a pre-confirmation distribution in the amount of $153.75 per month, representing 1% of the retail

121147079_1

Docket No: 41
Filed: 10/18/19

value of the Vehicle, retroactive to the Petition Date, and continuing until the Debtor's Chapter 13 Plan, as may be amended, is confirmed.

2.    Following confirmation of the Plan, distributions shall be made to PFFCU as provided in the confirmed Plan.

3.    Each of the signatories to this Stipulation acknowledges and represents that his or her respective client has reviewed this Stipulation and has authorized the execution of same by undersigned counsel.

4.    If the instant bankruptcy case is terminated by either dismissal, conversion or discharge other than pursuant to 11 U.S.C. § 1328(a), this Stipulation shall be null and void and not binding upon the Parties and the Parties shall be returned to their respective positions prior to the execution of this Stipulation.

5.    This Stipulation may be executed by facsimile and/or e-mail and such facsimile and/or e-mail signatures shall be deemed originals.

CONSENTED TO BY:          DILWORTH PAXSON LLP

DATED: October 4, 2019          /s/ Yonit A. Caplow          No Objection:
                                 Yonit A. Caplow, Esquire
                                 Attorney for PFFCU          _____ 10/16/19
                                                              TRUSTEE

CONSENTED TO BY:                Erik B. Jensen, Esquire          *without prejudice to any
                                                                  trustee rights or remedies

DATED: October 4, 2019          /s/

121147079_1                          2

Erik B. Jensen, Esquire
*Attorney for Debtor*

CONSENTED TO BY:                   William C. Miller, Chapter 13 Trustee


DATED: <u>October 4, 2019</u>          <u>/s/</u>

121147079_1