**UNITED STATES BANKRUPTCY COURT**

**PHILADELPHIA DIVISION**

In Re:

        Khalil Shaheed, Jr.              Chapter: 13
                                                       Bky No.: 19-11425-mdc

        Debtor(s).

**ORDER**

        **AND NOW,** this 25th day of March, 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by **Jensen Bagnato, P.C.,** counsel for debtor(s) and after notice it is hereby

        **ORDERED** that counsel fees in the amount $4,000.00 less $0.00 already paid with a remaining balance of $4,000.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**

**CC:**    **Jensen Bagnato, P.C.
ERIK B. JENSEN, ESQUIRE
1500 Walnut Street
Suite 1920
Philadelphia, PA   19102**

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106