United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-11425-mdc
Khalil D Shaheed, Jr.                                           Chapter 13
Khalil D Shaheed
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Randi                 Page 1 of 1                  Date Rcvd: Mar 25, 2020
                               Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
```
db             +Khalil D Shaheed,   MAILING ADDRESS,   5809 Delancey Street,   Philadelphia, PA 19143-1207
db             +Khalil D Shaheed, Jr.,   5449 Irving Street,   Philadelphia, PA 19139-4055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:
```
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              ERIK B. JENSEN    on behalf of Debtor Khalil D Shaheed, Jr. akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              ERIK B. JENSEN    on behalf of Debtor Khalil D Shaheed akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTHEW LOUIS SOLOMON    on behalf of Creditor Catrina  Bowser msolomon@dionsolomon.com,
               rvella@dionsolomon.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT

PHILADELPHIA DIVISION

In Re:

        Khalil Shaheed, Jr.           Chapter: 13
                                                      Bky No.: 19-11425-mdc

Debtor(s).

## ORDER

AND NOW, this 25th day of March, 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,000.00 less $0.00 already paid with a remaining balance of $4,000.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**

CC:    Jensen Bagnato, P.C.
         **ERIK B. JENSEN, ESQUIRE**
         **1500 Walnut Street**
         **Suite 1920**
         **Philadelphia, PA   19102**

         William C. Miller, Esquire
         Chapter 13 Trustee
         Post Office Box 40119
         Philadelphia, PA 19106