IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KHALIL D SHAHEED JR<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 19-11425-MDC |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

KHALIL D SHAHEED JR
5809 DELANCEY STREET
PHILADELPHIA, PA  19139

B. and by electronic service only:

Creditor

PENNSYLVANIA HOUSING FINANCE AGENCY
211 NORTH FRONT STREET
HARRISBURG, PA  17101

Debtor's Attorney

MICHAEL A CIBIK, ESQ
1500 WALNUT ST
SUITE 900
PHILADELPHIA, PA  19102

Dated: 2/29/2024

/s/ Kenneth E.West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee